IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| H-D MICHIGAN, INC. and HARLEY-DAVIDSON MOTOR COMPANY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-C-0533 |
| vs. | ) ) | |
| TOP QUALITY SERVICE, INC., | ) ) | |
| Defendant. | ) ) | |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties having settled this matter, Plaintiffs and Defendant hereby stipulate, pursuant to Fed. R. Civ. P. 41(1)(A)(ii), to a dismissal, without prejudice, of all claims and counterclaims asserted in this action, with each party to bear its own costs and attorneys' fees. The Court shall retain jurisdiction to supervise, as may be necessary, the terms of the Settlement Agreement in this Action.

**APPROVED BY THE COURT:** This _____ day of _____, 2009.

_____
Lynn A. Adelman
United States District Judge

**STIPULATED BY THE PARTIES:** This the  8th  day of  May , 2009.

| | |
|---|---|
| /s/ Mark H. Hellmann | /s/ Judith A. Powell |
| Mark H. Hellmann | Judith A. Powell |
| Sanford J. Piltch | Jerre B. Swann |
| THE HELLMANN LAW GROUP | KILPATRICK STOCKTON LLP |
| Two North LaSalle Street, Suite 1808 | 1100 Peachtree Street, Suite 2800 |
| Chicago, IL 60602 | Atlanta, GA 30309-4530 |
| TEL: (312) 580-9070 | TEL: (404) 815-6500 |
| FAX: (847) 556-0031 | FAX: (404) 815-6555 |
| and | and |
| John P. Frederickson | William M. Bryner |
| BOYLE FREDERICKSON NEWHOLM STEIN & GRATZ S.C. | Laura C. Miller |
| | KILPATRICK STOCKTON LLP |
| 840 Plankinton Avenue | 1001 West Fourth Street |
| Milwaukee, WI 53203 | Winston-Salem, NC 27101 |
| TEL: (414) 225-9755 | TEL: (336) 607-7300 |
| FAX: (414) 225-9733 | Fax: (336) 607-7500 |
| Attorneys for Defendant Top Quality Service, Inc. | Of Counsel: |
| | Amy L. Vandamme |
| | MICHAEL BEST & FRIEDRICH LLP |
| | 100 East Wisconsin Avenue, Suite 3300 |
| | Milwaukee, WI 53202-4108 |
| | TEL: (414) 271-6560 |
| | Fax: (414) 277-0656 |
| | Attorneys for Plaintiffs H-D Michigan, Inc., and Harley-Davidson Motor Company, Inc. |

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant, hereby certifies that on **May 8, 2009** he electronically filed the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Amy L. Vandamme
Michael Best & Friedrich, LLP
100 E. Wisconsin Ave., Suite 3300
Milwaukee, WI 53202-4108
alvandamme@michaelbest.com

William M. Bryner, Esq.
Kilpatrick Stockton, LLP
1001 W. Fourth Street
Winston-Salem, NC 27101
wbryner@kilpatrickstockton.com

and certify that I have mailed by U.S. Postal Service, via First Class Mail, the document to the following non-ECF participants, as listed below.

Judith A. Powell, Esq.
Jerre B. Swann, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree St, NW – Suite 2800
Atlanta, GA 30309-4530

BY:    **/s/ Mark H. Hellmann**
       Mark H. Hellmann, Esq.
       mark@hellmann.com